

Opinions of the United
States Court of Appeals
for the Third Circuit

10-5-2006

# Hoxha v. Levi

Precedential or Non-Precedential: Precedential

Docket No. 05-3149

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Hoxha v. Levi" (2006). *2006 Decisions.* Paper 262.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/262

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 05-3149

———


KRENAR HOXHA,

Appellant

v.

TROY LEVI, WARDEN OF
PHILADELPHIA FEDERAL DETENTION CENTER


———


On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 05-cv-01211)
District Judge: Honorable Berle M. Schiller


———


Argued June 1, 2006

Before: AMBRO, FUENTES, and GREENBERG, Circuit
Judges.

(Opinion filed October 3, 2006)


Thomas P. Pfender (ARGUED)
7137 Torresdale Avenue
Philadelphia, PA 19135

ATTORNEY FOR APPELLANT

Paul Mansfield
Assistant United States Attorney
Robert A. Zauzmer
Assistant United States Attorney
Chief of Appeals
Patrick L. Meehan
United States Attorney
Office of the United States Attorney
615 Chestnut Street
Philadelphia, PA 19106

Douglas N. Letter (ARGUED)
United States Department of Justice
Civil Division
950 Pennsylvania Avenue, N.W.
Room 7513
Washington, DC 20530

ATTORNEYS FOR APPELLEE

_____

## ORDER AMENDING OPINION

_____

FUENTES, <u>Circuit Judge</u>.

IT IS NOW ORDERED that the published Opinion in the above case filed October 3, 2006, be amended as follows;

On page 2, second line, replace "Albania" with "Albanian".

By the Court,


<u>/s/   Julio M. Fuentes</u>
Circuit Judge

DATED: 5 October 2006

2